UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MIER YUSUPOV,

              Plaintiff,

v.

TD BANK, N.A.,

              Defendant.
---------------------------------------------------------------X

**Index No. 13-cv-2396**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April, 2013, I served the SUMMONS AND COMPLAINT, in the above captioned matter, via United States First Class Mail and electronic mail upon the following:

> Mark Zeichner, Esq.
> Zeichner Ellman & Krause LLP
> 575 Lexington Avenue
> New York, New York 10022
> mzeichner@zeklaw.com
> *Attorneys for TD Bank, N.A.*

Dated: New York, New York
       April 23, 2013

By: /s/ Jeanne Christensen, Esq.
     Jeanne Christensen, Esq. (jc-6324)
     IMBESI CHRISTENSEN
     450 Seventh Avenue, 30th Floor
     New York, New York 10123
     jchristensen@lawicm.com
     Ph. (212) 736-5588
     *Attorneys for Plaintiff*